FILED
10/3/18 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul Robert Bell<br><br>　　　　　　　　　　Debtor(s) | BK. NO. 16-22497 GLT |
| Toyota Lease Trust<br>　　　　　　　　　　Movant<br>　　v.<br>Paul Robert Bell<br>　　　　　　　　　　Respondent<br>　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 13<br><br>Related to Docket No. 45 |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This _3rd Day of October_, 2018, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2015 TOYOTA TACOMA, VIN: 5TFLU4EN3FX141805.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

cc:　　James C. Warmbrodt, Esquire
　　　　jwarmbrodt@kmllawgroup.com
　　　　KML Law Group, P.C.
　　　　BNY Independence Center
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106-1532

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 16-22497-GLT
Paul Robert Bell                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 1              Date Rcvd: Oct 03, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Paul Robert Bell,    123 California Avenue,    Oakmont, PA 15139-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Paul Robert Bell areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5