FILED
9/20/19 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  PAUL ROBERT BELL

        Debtor(s)
  Ronda J. Winnecour, Trustee
  Movant
    vs.
PAUL ROBERT BELL


      Respondents

Case No.16-22497GLT

Chapter 13

Related to Docket No. 56

---

## ORDER TO STOP PAYROLL DEDUCTIONS

    AND NOW, this __20th Day of September, 2019__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Borough Of Fox Chapel
Attn: Payroll Manager
401 Fox Chapel Rd
Pittsburgh,PA 15238

is hereby ordered to immediately terminate the attachment of the wages of PAUL ROBERT

BELL, social security number XXX-XX-9916.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of PAUL ROBERT BELL.



FURTHER ORDERED:



BY THE COURT:

_____
                  **drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-22497-GLT
Paul Robert Bell                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1           Date Rcvd: Sep 20, 2019
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db            +Paul Robert Bell,   123 California Avenue,   Oakmont, PA 15139-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Paul Robert Bell areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 5