# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul Robert Bell** | : | Case No. 16−22497−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 59 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/29/20 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this **The 26th of November, 2019**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 59 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before January 10, 2020**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *January 29, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-22497-GLT
Paul Robert Bell                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2          Date Rcvd: Nov 26, 2019
                              Form ID: 604            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db             +Paul Robert Bell,    123 California Avenue,    Oakmont, PA 15139-2105
14255308       +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
14255309        Anytime Fitness,    5050 Old William Penn Highway,    Monroeville, PA 15146
14255310      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14328802       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14325120        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14255311       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14255313        Dollar Bk,    3 Gateway Ctr,    Pittsburgh, PA 15222
14255314       +Dylan Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255315     ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA  15132-6129
               (address filed with court: F N B Cons Disc Co,    4313 Walnut St Ste 29,    Mckeesport, PA 15132)
14273018       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14255316       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14255319       +Kristy Belardi,    6600 Morning View Court,    Alexandria, VA 22315-5064
14335315       +PNC Bank, N.A.,    BPA as Authorized Agent,    600 Corporate Drive, Suite 502,
                Ft. Lauderdale FL 33334-3662
14255322       +Stacy Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255326      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52409-8026)
14280488       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
14255327       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:00:21
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     Synchrony Bank,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,   Seattle, WA 98121-3132
14334697       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:44
                Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
                Seattle, WA 98121-3132
14260751        E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14255312       +E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14255317       +E-mail/Text: bankruptcy@huntington.com Nov 27 2019 03:58:04     Huntington National Ba,
                7 Easton Oval,    Columbus, OH 43219-6060
14256907       +E-mail/Text: bankruptcy@huntington.com Nov 27 2019 03:58:04     Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
14255318       +E-mail/Text: bncnotices@becket-lee.com Nov 27 2019 03:57:29     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14288488       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:58:05     Midland Funding LLC,
                PO Box 2011,    Warren MI 48090-2011
14255320       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:08     PayPal Credit,    PO Box 5138,
                Timonium, MD 21094-5138
14255321       +E-mail/Text: recovery@paypal.com Nov 27 2019 03:56:23     PayPal, Inc.,    Legal Department,
                2211 North First Street,    San Jose, CA 95131-2021
14260295        E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:45
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14953480       +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     SYNCHRONY BANK,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14255323       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33     Syncb/Jcp,    Po Box 965007,
                Orlando, FL 32896-5007
14255324       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33     Syncb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
14255325        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:08     Synchrony Bank/Sam's Club,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 604            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Paul Robert Bell areese8897@aol.com,
                agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5