**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL ROBERT BELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-22497<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 25, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/05/2016 and confirmed on 10/24/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,662.32 |
| Less Refunds to Debtor | 894.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,768.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,295.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,795.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FNB CONSUMER DISCOUNT CO | 476.26 | 476.26 | 44.90 | 521.16 |
|     Acct: 0483 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8380 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2044 | | | | |
| | | | | 521.16 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL ROBERT BELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL ROBERT BELL | 390.00 | 390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL ROBERT BELL | 504.21 | 504.21 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 12,737.40 | 12,737.40 | 0.00 | 12,737.40 |
|     Acct: V747 | | | | |
| | | | | 12,737.40 |
| **Unsecured** | | | | |
|   PNC BANK | 6,747.56 | 2,127.98 | 0.00 | 2,127.98 |
|     Acct: 9916 | | | | |
|   ANYTIME FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4384 | | | | |
|   BANK OF AMERICA NA** | 14,820.72 | 4,674.01 | 0.00 | 4,674.01 |
|     Acct: 7175 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3422 | | | | |
| DISCOVER BANK(*) | 7,422.54 | 2,340.85 | 0.00 | 2,340.85 |
| Acct: 2126 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4205 | | | | |
| CAPITAL ONE NA** | 1,523.55 | 480.48 | 0.00 | 480.48 |
| Acct: 1920 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY E | 3,238.91 | 1,021.46 | 0.00 | 1,021.46 |
| Acct: 1432 | | | | |
| MIDLAND FUNDING LLC | 632.48 | 199.47 | 0.00 | 199.47 |
| Acct: 9130 | | | | |
| MIDLAND FUNDING LLC | 472.79 | 149.10 | 0.00 | 149.10 |
| Acct: 8275 | | | | |
| MIDLAND FUNDING LLC | 2,286.37 | 721.05 | 0.00 | 721.05 |
| Acct: 2889 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| KRISTI BELARDI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DYLAN BELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STACY BELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2126 | | | | |
| PAYPAL BUYER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,714.40 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 24,972.96 |

| TOTAL | |
|---|---:|
| CLAIMED | 12,737.40 |
| PRIORITY | 476.26 |
| SECURED | 37,144.92 |

Date: 11/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    PAUL ROBERT BELL<br>              Debtor(s)<br>    Ronda J. Winnecour<br>              Movant<br>         vs.<br>    No Repondents. | Case No.:16-22497<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-22497-GLT
Paul Robert Bell                                                        Chapter 13
       Debtor                         CERTIFICATE OF NOTICE
District/off: 0315-2            User: jhel                    Page 1 of 2                   Date Rcvd: Nov 26, 2019
                                Form ID: pdf900               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db            +Paul Robert Bell,    123 California Avenue,    Oakmont, PA 15139-2105
14255308      +Aes/Pnc Natl City,    Po Box 61047,   Harrisburg, PA 17106-1047
14255309       Anytime Fitness,    5050 Old William Penn Highway,    Monroeville, PA 15146
14255310     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14328802      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14325120       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14255311      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14255313       Dollar Bk,    3 Gateway Ctr,   Pittsburgh, PA 15222
14255314      +Dylan Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255315    ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA 15132-6129
              (address filed with court:   F N B Cons Disc Co,    4313 Walnut St Ste 29,   Mckeesport, PA 15132)
14273018      +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14255316      +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
14255319      +Kristy Belardi,    6600 Morning View Court,    Alexandria, VA 22315-5064
14335315      +PNC Bank, N.A.,    BPA as Authorized Agent,    600 Corporate Drive, Suite 502,
               Ft. Lauderdale FL 33334-3662
14255322      +Stacy Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255326     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA 52409-8026)
14280488      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
14255327      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:45
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL 33131-1605
cr            +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     Synchrony Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,   Seattle, WA 98121-3132
14334697      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:43
               Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
               Seattle, WA 98121-3132
14260751       E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14255312      +E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
14255317      +E-mail/Text: bankruptcy@huntington.com Nov 27 2019 03:58:04     Huntington National Ba,
               7 Easton Oval,   Columbus, OH 43219-6060
14256907      +E-mail/Text: bankruptcy@huntington.com Nov 27 2019 03:58:04     Huntington National Bank,
               P O Box 89424,   Cleveland OH 44101-6424
14255318      +E-mail/Text: bncnotices@becket-lee.com Nov 27 2019 03:57:29     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14288488      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:58:05     Midland Funding LLC,
               PO Box 2011,   Warren MI 48090-2011
14255320      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:07     PayPal Credit,   PO Box 5138,
               Timonium, MD 21094-5138
14255321      +E-mail/Text: recovery@paypal.com Nov 27 2019 03:56:23     PayPal, Inc.,   Legal Department,
               2211 North First Street,    San Jose, CA 95131-2021
14260295       E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:45
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14953480      +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14255323      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:07     Syncb/Jcp,   Po Box 965007,
               Orlando, FL 32896-5007
14255324      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:34     Syncb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
14255325       E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:32     Synchrony Bank/Sam's Club,
               Attn: Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2              User: jhel                  Page 2 of 2                  Date Rcvd: Nov 26, 2019
                                  Form ID: pdf900             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

```
          Albert G. Reese, Jr.    on behalf of Debtor Paul Robert Bell areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```