FILED
1/14/20 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   PAUL ROBERT BELL

            Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:16-22497

Chapter 13

Related to Docket No. 59

ORDER OF COURT

AND NOW, this __14th Day of January, 2020__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22497-GLT
Paul Robert Bell                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                 Page 1 of 2              Date Rcvd: Jan 14, 2020
                              Form ID: pdf900            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
```
db            +Paul Robert Bell,    123 California Avenue,    Oakmont, PA 15139-2105
14255308      +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
14255309       Anytime Fitness,    5050 Old William Penn Highway,    Monroeville, PA 15146
14255310     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14328802      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14325120       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14255311      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14255313       Dollar Bk,    3 Gateway Ctr,    Pittsburgh, PA 15222
14255314      +Dylan Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255315    ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA  15132-6129
              (address filed with court:  F N B Cons Disc Co,    4313 Walnut St Ste 29,    Mckeesport, PA 15132)
14273018      +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14255316      +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14255319      +Kristy Belardi,    6600 Morning View Court,    Alexandria, VA 22315-5064
14335315      +PNC Bank, N.A.,    BPA as Authorized Agent,    600 Corporate Drive, Suite 502,
               Ft. Lauderdale FL 33334-3662
14255322      +Stacy Bell,    1403 John Street,    Monroeville, PA 15146-3846
14255326     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA 52409-8026)
14280488      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
14255327      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2020 03:06:16      
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
cr            +E-mail/Text: bncmail@w-legal.com Jan 15 2020 03:08:08       Synchrony Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14334697      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 03:07:27      
               Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
               Seattle, WA 98121-3132
14260751       E-mail/Text: mrdiscen@discover.com Jan 15 2020 03:07:11       Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14255312      +E-mail/Text: mrdiscen@discover.com Jan 15 2020 03:07:11       Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14255317      +E-mail/Text: bankruptcy@huntington.com Jan 15 2020 03:07:51       Huntington National Ba,
               7 Easton Oval,    Columbus, OH 43219-6060
14256907      +E-mail/Text: bankruptcy@huntington.com Jan 15 2020 03:07:51       Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
14255318      +E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 03:07:16       Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14288488      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 03:07:52       Midland Funding LLC,
               PO Box 2011,    Warren MI 48090-2011
14255320      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:21       PayPal Credit,    PO Box 5138,
               Timonium, MD 21094-5138
14255321      +E-mail/Text: recovery@paypal.com Jan 15 2020 03:07:05       PayPal, Inc.,    Legal Department,
               2211 North First Street,    San Jose, CA 95131-2021
14260295       E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2020 03:04:48      
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14953480      +E-mail/Text: bncmail@w-legal.com Jan 15 2020 03:08:08       SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14255323      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:22       Syncb/Jcp,    Po Box 965007,
               Orlando, FL 32896-5007
14255324      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:25       Syncb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
14255325       E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:04:39       Synchrony Bank/Sam's Club,
               Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: dkam              Page 2 of 2              Date Rcvd: Jan 14, 2020
                               Form ID: pdf900         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
```
              Albert G. Reese, Jr.    on behalf of Debtor Paul Robert Bell areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James     Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James     Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```